**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRIPLE T DAIRY COMMODITIES, INC., | Case No. 1:19-cv-01776-NONE-EPG |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |
| ACF ORGANICS LLC, *et al.*, | (ECF No. 24) |
| Defendants. | |

The Court has before it the Motion for Leave to File First Amended Complaint (ECF No. 24). The proposed amendment seeks to substitute a new defendant, SmithFoods Richmond, Inc., for Doe Defendant 1. The motion is unopposed.

Having considered the motion, including the proposed first amended complaint,

IT IS ORDERED that the Motion for Leave to File First Amended Complaint (ECF No. 24) is GRANTED. Plaintiff shall file the first amended complaint on or before June 26, 2020.

IT IS SO ORDERED.

Dated:   **June 18, 2020**                           /s/ *Erica P. Grosjean*

UNITED STATES MAGISTRATE JUDGE