# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIPLE T DAIRY COMMODITIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> AFC ORGANICS LLC, et al.., <br><br> Defendants. | Case No. 1:19-cv-01776-JLT-EPG <br><br> ORDER RE: STIPULATED DISMISSAL OF ENTIRE ACTION <br><br> (ECF No. 56) |

  The parties have filed a stipulation to dismiss this entire action with prejudice. (ECF No. 56.) In light of the stipulation, the case has ended and is dismissed. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

  Dated: __**April 15, 2022**__       /s/ *Erica P. Grosjean*
                   UNITED STATES MAGISTRATE JUDGE

1